AO 247 (Rev. 11/11) Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)   Page 1 of 2 (Page 2 Not for Public Disclosure)

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

| | |
|---|---|
| United States of America  v.  JAMAR DICKERSON | Case No: 2:06-cr-00035-JLQ-1  USM No: 11450-085 |
| Date of Original Judgment: 09/25/2006  Date of Previous Amended Judgment: _____  *(Use Date of Last Amended Judgment if Any)* | Andrea K. George  *Defendant's Attorney* |

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION PURSUANT TO 18 U.S.C. § 3582(c)(2)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion, and taking into account the policy statement set forth at USSG §1B1.10 and the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED.  ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of __169__ months is reduced to __146 months__.

*(Complete Parts I and II of Page 2 when motion is granted)*

Except as otherwise provided, all provisions of the judgment dated __09/25/2006__ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: May 28, 2015

Effective Date: __11/01/2015__
*(if different from order date)*

Judge's signature

The Honorable Justin L. Quackenbush
*Printed name and title*