PROB 12C
(6/16)

Report Date: May 19, 2017

# United States District Court

## for the

## Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

MAY 22 2017

SEAN F. McAVOY, CLERK
_____DEPUTY
SPOKANE, WASHINGTON

## Petition for Warrant or Summons for Offender Under Supervision

| | |
|---|---|
| Name of Offender: Jamar Dickerson | Case Number: 0980 2:06CR00035-JLQ-1 |
| Address of Offender: | Spokane, Washington 99202 |

Name of Sentencing Judicial Officer: The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: September 21, 2006

| | | | |
|---|---|---|---|
| Original Offense: | Conspiracy to Distribute 5 Kilograms or More of Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(ii) | | |
| Original Sentence: | Prison - 162 months; TSR - 60 months | Type of Supervision: | Supervised Release |
| Asst. U.S. Attorney: | Joseph H. Harrington | Date Supervision Commenced: | January 6, 2016 |
| Defense Attorney: | Federal Public Defender | Date Supervision Expires: | January 5, 2021 |

## PETITIONING THE COURT

**To issue a warrant.**

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 2**: The defendant shall not commit another Federal, state, or local crime. |
| | **Supporting Evidence**: Mr. Dickerson's conditions of supervised release were reviewed with him on January 7, 2016. He signed his conditions acknowledging he shall not commit another federal, state, or local crime. On May 18, 2017, Mr. Dickerson called the undersigned officer and left a message stating he was going to talk with a detective about a domestic violence issue between his baby's mother and her sister. |
| | Mr. Dickerson was later arrested for kidnapping in the 1st degree, Superior Court case number 17-1-01925-0. Mr. Dickerson's bond is set at $500,000. |

The U.S. Probation Office respectfully recommends the Court issue a warrant for the arrest of the offender to answer to the allegation contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 05/19/2017

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

## THE COURT ORDERS

[ ] No Action
[ ] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] Other *admission state proceedings*

Signature of Judicial Officer

5/20/2017
Date