PROB 12C
(6/16)

Report Date: July 31, 2017

# United States District Court

### for the

### Eastern District of Washington

## Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON
JUL 3 1 2017
SEAN F. McAVOY, CLERK
_____ DEPUTY
SPOKANE, WASHINGTON

Name of Offender: Jamar S. Dickerson         Case Number: 0980 2:06CR00035-JLQ-1

Address of Offender:                         Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge

Date of Original Sentence: September 21, 2006

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 5 Kilograms or More of Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(ii) | |
| Original Sentence: | Prison - 169 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Asst. U.S. Attorney: | David Herzog | Date Supervision Commenced: January 6, 2016 |
| Defense Attorney: | Federal Defenders Office | Date Supervision Expires: January 5, 2021 |

## PETITIONING THE COURT

**To incorporate the violation contained in this petition in future proceedings with the violation previously reported to the Court on 05/22/2017 and to issue a warrant.**

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 2 | **Mandatory Condition # 2**: The defendant shall not commit another federal, state, or local crime.<br><br>**Supporting Evidence**: Mr. Dickerson's conditions of supervised release were reviewed with him on January 7, 2016. He signed his conditions acknowledging he shall not commit another federal, state, or local crime. On May 18, 2017, Mr. Dickerson called the undersigned officer and left a message stating he was going to talk with a detective about a domestic violence issue between his baby's mother and her sister.<br><br>On May 17, 2017, Mr. Dickerson was charged with kidnaping in the first degree, cause number 17-1-01925-0. A second charge of assault with a deadly weapon was later added to cause number 17-1-01925-0.<br><br>On July 25, 2017, Mr. Dickerson pled guilty to second degree assault before the Honorable John O. Cooney Judge in Spokane County Superior Court. |

Prob12C
Re: Dickerson, Jamar S.
July 31, 2017
Page 2

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    07/31/2017

s/Joshua D. Schull

Joshua D. Schull
U.S. Probation Officer

---

THE COURT ORDERS

[ ]  No Action
[X]  The Issuance of a Warrant
[ ]  The Issuance of a Summons
[X]  The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]  Defendant to appear before the Judge assigned to the case.
[ ]  Defendant to appear before the Magistrate Judge.
[ ]  Other

Signature of Judicial Officer

7/31/2017
Date