PROB 12C
(6/16)

Report Date: May 27, 2022

# United States District Court

for the

Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 31, 2022

SEAN F. McAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jamar S. Dickerson                Case Number: 0980 2:06CR00035-WFN-1

Address of Offender: ▮▮▮▮▮▮▮▮▮, Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge

Date of Original Sentence: September 21, 2006

| | |
|---|---|
| Original Offense: | Conspiracy to Distribute 5 Kilograms or More of Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(ii) |
| Original Sentence: | Prison - 169 months; TSR - 60 months     Type of Supervision: Supervised Release |
| Revocation Sentence: (10/17/2018) | Prison - 21 months; TSR - 180 months |
| Asst. U.S. Attorney: | Stephanie Van Marter     Date Supervision Commenced: March 3, 2020 |
| Defense Attorney: | Federal Defenders Office     Date Supervision Expires: March 2, 2035 |

## PETITIONING THE COURT

To issue a summons.

On March 3, 2020, Mr. Dickerson signed his judgement acknowledging his understanding of his conditions of supervised release.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition # 6**: You must participate in an approved program for domestic violence |
| | **Supporting Evidence**: It is alleged that Mr. Dickerson is in violation of his conditions of supervised release for failing to participate in an approved program for domestic violence since March 3, 2020. |
| | On March 3, 2020, during Mr. Dickerson's intake, he was provided with information on domestic violence programs. |

Prob12C
**Re: Dickerson, Jamar S**
May 27, 2022
Page 2

On April 27, 2020, Mr. Dickerson advised that he had completed a domestic violence program in prison. On July 20, 2020, he stated he has certificates showing where he has completed a domestic violence program.

On November 4, 2020, Mr. Dickerson advised that he was looking for the certificates showing where he completed domestic violence treatment. He was advised that if he did not provide documentation he would need to begin looking for a domestic violence program to engage in. On November 24, 2020, Mr. Dickerson advised that he found a 20-hour domestic violence program that cost $198. He advised that he would participate in the program if U.S. Probation paid for the cost of the program. He was advised that he would be responsible for the cost and became upset.

Mr. Dickerson has been given several instructions to provide proof that he has participated and/or is currently engaged in an approved domestic violence program. At the time of this report, he has failed to provide verification.

2   **Standard Condition # 3**: You must not knowingly leave the federal judicial district where you are authorized to reside without first getting permission from the court or the probation officer.

**Supporting Evidence**: It is alleged Mr. Dickerson is in violation of his conditions of supervised release by traveling to the District of Montana without approval of the undersigned officer on or about May 23, 2022.

On May 24, 2022, this officer received a voicemail from a Missoula County sheriff's deputy in Missoula, Montana, that stated Mr. Dickerson was pulled over for a traffic stop on May 23, 2022.

At no time was Mr. Dickerson given permission to travel outside of the district by the probation office.

3   **Standard Condition # 4**: You must be truthful when responding to the questions asked by your probation officer.

**Supporting Evidence**: It is alleged Mr. Dickerson is in violation of his conditions of supervised release for failing to be truthful while being questioned by the undersigned officer on May 25, 2022.

On May 25, 2022, Mr. Dickerson reported to the U.S. Probation Office as instructed. When Mr. Dickerson was questioned regarding his unauthorized traveled to the District of Montana, he reported that he received a phone call at approximately 4 a.m. from a client requesting assistance with a flat tire in Missoula, Montana.

On that same day, the undersigned officer spoke with the Missoula County deputy, reference in violation #2. The sheriff's deputy advised that during the traffic stop, Mr. Dickerson disclosed to the deputy that he was traveling to Billings, Montana, for a child's birthday party.

Prob12C
**Re: Dickerson, Jamar S**
**May 27, 2022**
**Page 3**

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   05/27/2022

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

THE COURT ORDERS

[ ]   No Action
[ ]   The Issuance of a Warrant
[X]   The Issuance of a Summons
[ ]   Other

Signature of Judicial Officer

  5/31/2022
Date