# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                                      Plaintiff,<br>-vs-<br>JAMAR S. DICKERSON,<br><br>                                      Defendant. | Case No.    2:06-CR-0035-WFN-1<br>**CRIMINAL MINUTES**<br><br>DATE:    JULY 26, 2022<br>LOCATION:  SPOKANE<br><br>**SUPERVISED RELEASE VIOLATION HEARING** |

| | | |
|---|---|---|
| | **Hon. Wm. Fremming Nielsen** | |
| Joanna L. Knutson | Jon T. Burtard | Crystal L. Hicks |
| **Courtroom Deputy** | **Law Clerk** | **Court Reporter** |
| Earl A. Hicks  for  Stephanie A. Van Marter | | Lorinda M. Youngcourt |
| **Government Counsel** | | **Defense Counsel** |
| **United States Probation Officer:**  Courtney Hambel | | |

**[ X ]  Open Court**            **[   ]  Chambers**            **[   ]  Telecon**

Defendant present not in custody of United States Marshal with appointed counsel.

Court reviewed pending allegations of supervised release violation by the Defendant. (1) failed to participate in an approved domestic violence education program as ordered; (2) left the district without permission by going to Montana; and (3) failed to be truthful to Probation Officer as to why he went to Montana.

The Court inquired of defense counsel as to the Defendant's position regarding the alleged violations. Defense counsel advised her client will ADMIT Violations 2 and 3 but would like to address the Court regarding alleged violation 1. The Court confirmed with the Defendant that he in fact admitted Violation Nos. 2 and 3; Defendant indicated that he did.

Ms. Youngcourt addressed the Court on Violation No. 1 regarding the Defendant's position.

Counsel addressed the Court with argument and their respective recommendations for resolution of the matter.

Court made NO FINDINGS as to the supervised release violations at this time. A follow-up status hearing shall be held October 25, 2022, at 9:00 a.m., S/WFN.

Court GRANTED Defendant's oral motion for removal of the ankle monitor.

**[ X ]  ORDER FORTHCOMING**

| **CONVENED:**  11:09 A.M. | **ADJOURNED:**  11:36 A.M. | **TIME:**  0:27 HR. | **CALENDARED**  **[ X ]** |
|---|---|---|---|