PROB 12C
(6/16)

Report Date: July 11, 2025

# United States District Court

### for the

### Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Jul 14, 2025

SEAN F. MCAVOY, CLERK

## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jamar S. Dickerson                Case Number: 0980 2:06CR00035-MKD-1

Address of Offender: ▓▓▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Wm. Fremming Nielsen, Senior U.S. District Judge
Name of Supervising Judicial Officer: The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: September 21, 2006

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 5 Kilograms or More of Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(ii) | |
| Original Sentence: | Prison - 169 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence:<br>(10/17/2018) | Prison- 21 months<br>TSR- 180 months | |
| Asst. U.S. Attorney: | David Michael Herzog | Date Supervision Commenced: March 3, 2020 |
| Defense Attorney: | Lorinda Meier Youngcourt | Date Supervision Expires: March 2, 2035 |

## PETITIONING THE COURT

To issue a summons.

On March 20, 2020, an officer with the U.S. Probation Office in Spokane, Washington, reviewed a copy of the conditions of supervision with Mr. Dickerson, as outlined in the judgment. Mr. Dickerson signed a copy of the conditions acknowledging the requirements.

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1 | **Mandatory Condition #1**: You must not commit another federal, state or local crime.<br><br>**Supporting Evidence**: On February 13, 2024, Jamar Dickerson allegedly violated mandatory condition #1 by selling a controlled substance, cocaine.<br><br>On September 11, 2024, A Drug Enforcement Administration (DEA) agent contacted the undersigned to notify that there was an active investigation on the offender.  At that time due to an active investigation, no information was disseminated so the investigation could continue. |

On June 23, 2025, the DEA agent notified the undersigned that the investigation was closing due to losing their confidential source.

According to the information provided to the undersigned: On February 13, 2024, the DEA Spokane District Office conducted a controlled purchase of cocaine near Spokane, Washington. Utilizing a confidential source (CS), investigators managed to purchase approximately 2 ounces of cocaine for $2,000 USD official advance funds (OAF).

2    **Mandatory Condition #2**: You must not unlawfully possess a controlled substance, including marijuana, which remains illegal under federal law.

**Supporting Evidence**: On or about February 13, 2024, Jamar Dickerson allegedly violated mandatory condition #2 by possessing a controlled substance, cocaine.

On September 11, 2024, A Drug Enforcement Administration (DEA) agent contacted the undersigned to notify that there was an active investigation on the offender. At that time due to an active investigation, no information was disseminated so the investigation could continue.

On June 23, 2025, the DEA agent notified the undersigned that the investigation was closing due to losing their confidential source.

According to the information provided to the undersigned: On February 13, 2024, the DEA Spokane District Office conducted a controlled purchase of cocaine near Spokane, Washington. Utilizing a confidential source (CS), investigators managed to purchase approximately 2 ounces of cocaine for $2,000 USD official advance funds (OAF).

3    **Standard Condition #10**: You must not own, possess, or have access to a firearm, ammunition, destructive device, or dangerous weapon (i.e. anything that was designed, or was modified for, the specific purpose of causing bodily injury or death to another person such as nunchakus or tasers).

**Supporting Evidence**: On or about June 26, 2025, Jamar Dickerson allegedly violated standard condition # 10 by being in possession of ammunition.

On June 26, 2025, the undersigned was notified by a Spokane detective that Mr. Dickerson was found to be in possession of ammunition. The following information was provided.

On June 26, 2025, A Detective with the Spokane County Police Department served a search warrant at 3627 East Broadway Avenue (Quick and Classy Auto). The goal of this warrant was to recover a stolen John Deere skid steer that was believed to be inside the yard of this business.

During the service of this search warrant, a 2023 John Deere 325 G skid steer was located in the yard of Mr. Dickerson's business and was determined to be stolen. Dispatch advised that this piece of equipment had been stolen in January 2024.

Prob12C
**Re: Dickerson, Jamar S.**
**July 11, 2025**
**Page 3**

The detective interviewed Mr. Dickerson regarding his possession of the stolen skid steer. Dickerson claimed to have taken the equipment in trade for about $8,000 in automotive repair work he did for a customer. A quick online search shows this equipment to be worth $50,000-$70,000. The door latch to the cab had been drilled out, allowing access to the controls and interior of the skid steer.

While searching Mr. Dickerson's office for paperwork related to the possession of acquisition of the stolen skid steer, the detective located a box of 9mm cartridges sitting behind his desk. Opening the box, there were 4 rounds missing, making this box of 46 rounds of live cartridges. The drawers of this desk held prescription pill bottles with Mr. Dickerson's name on them, and his name was on paperwork throughout the office. It was clear to the detective that Mr. Dickerson had control over that space.

When the detective was exiting the office, Mr. Dickerson saw that the detective was carrying the box of ammunition. Mr. Dickerson began asking the detective what he should do if something illegal was found in one of the cars that he bought at auction. He would not elaborate on what exactly had been found, but said that sometimes his employees find "things." Eventually Mr. Dickerson said that the box of ammunition had been found in one of the cars he had purchased and that he had taken it and put it in his office as he did not know what to do with it. The detective advised Mr. Dickerson that he could have called the police to have it disposed of or thrown it in the trash. Mr. Dickerson was asked if he had a firearm; he denied possessing any firearms.

At this time, due to an ongoing investigation, Mr. Dickerson has not been charged in this matter.

The U.S. Probation Office respectfully recommends the Court issue a summons requiring the offender to appear to answer to the allegation(s) contained in this petition.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 11, 2025

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

Prob12C
**Re: Dickerson, Jamar S.
July 11, 2025
Page 4**

THE COURT ORDERS

- [ ] No Action
- [ ] The Issuance of a Warrant
- [X] The Issuance of a Summons
- [ ] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
- [ ] Defendant to appear before the Judge assigned to the case.
- [X] Defendant to appear before the Magistrate Judge.
- [ ] Other

_M. K. Dimke_
Signature of Judicial Officer

July 14, 2025
Date