PROB 12C
(6/16)

Report Date: December 5, 2025

# United States District Court

### for the

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Dec 05, 2025

SEAN F. McAVOY, CLERK

| | |
|---|---|
| Name of Offender: Jamar S Dickerson | Case Number: 0980 2:06CR00035-MKD-1 |
| Address of Offender: ▓▓▓▓▓▓▓▓▓▓ Spokane, Washington 99202 | |

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: September 21, 2006

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 5 Kilograms or More of Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(ii) | |
| Original Sentence: | Prison - 169 months<br>TSR - 60 months | Type of Supervision: Supervised Release |
| Revocation Sentence<br>October 17, 2018 | Prison - 21 months<br>TSR - 180 months | |
| Asst. U.S. Attorney: | David Herzog | Date Supervision Commenced: March 3, 2020 |
| Defense Attorney: | Andrea George | Date Supervision Expires: March 2, 2035 |

## PETITIONING THE COURT

To issue a warrant and incorporate the new violation with a previous petition reported to the Court on September 10, 2025.

On March 20, 2025, an officer with the U.S. Probation Office reviewed a copy of the conditions of supervision with Mr. Dickerson, as outlined in his judgment.  He signed a copy of the conditions acknowledging his understanding

The probation officer believes that the offender has violated the following condition of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 5 | **Mandatory Condition # 1**: The defendant shall not commit another federal, state, or local crime. |
| | **Supporting Evidence**: It is alleged Mr. Dickerson is in violation of his conditions of supervised release for being arrested for fourth degree assault on or about December 4, 2025. |
| | The following is derived from a police report filed by the Spokane Police Department, case number 2025-20247373. |
| | On December 4, 2025, at approximately 8:50 p.m., officers with the Spokane Police Department were dispatched to Mr. Dickerson's residence regarding a domestic violence |

Prob12C
**Re: Dickerson, Jamar S**
**December 5, 2025**
**Page 2**

call. It was alleged that Mr. Dickerson assaulted his brother. A witness was contacted and reported that Mr. Dickerson's brother had been consuming alcohol and was intoxicated. An argument ensued between Mr. Dickerson and his brother. At some point during the argument, the witness heard Mr. Dickerson tell his brother that he was "going to take him outside and beat him up." The witness observed Mr. Dickerson shove his brother with both hands and push him up against the wall.

Mr. Dickerson then proceeded to shove his brother out of the bedroom and into the hallway and then onto the ground as they entered the living room. Mr. Dickerson began pulling his brother toward the front of the house and the witness stated that Mr. Dickerson wanted to throw his brother out of the house. The witness was afraid Mr. Dickerson would beat his brother with his boots if he was able to get him outside.

The witness was able to prevent Mr. Dickerson from pushing his brother out of the house. Mr. Dickerson let go of his brother and went back inside the house. The witness also stated that she had never seen the victim assault Mr. Dickerson, but indicated that Mr. Dickerson's brother becomes verbally abusive when he drinks. The witness also stated that Mr. Dickerson's mother will cover for him and would possibly not say what really happened.

Mr. Dickerson's brother had injuries and also provided a similar statement as to that of the witness. Mr. Dickerson was arrested for fourth degree domestic violence assault and booked into the Spokane County Jail.

The U.S. Probation Office respectfully recommends the Court issue a warrant and incorporate the violation contained in this petition in future proceedings with the violations previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:   December 5, 2025

s/Corey M McCain

Corey M McCain
U.S. Probation Officer

Prob12C
Re: Dickerson, Jamar S
December 5, 2025
Page 3

THE COURT ORDERS

[ ] No Action
[X] The Issuance of a Warrant
[ ] The Issuance of a Summons
[X] The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ] Defendant to appear before the Judge assigned to the case.
[X] Defendant to appear before the Magistrate Judge.
[ ] Other

*M. K. Dimke*

Signature of Judicial Officer

12/5/2025

Date