PROB 12C
(6/16)

Report Date:  March 23, 2026

# United States District Court

## for the

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

## Mar 23, 2026

SEAN F. McAVOY, CLERK

### Eastern District of Washington

### Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Jamar S Dickerson                    Case Number: 0980 2:06CR00035-MKD-1

Address of Offender: ██████████████ Spokane, Washington 99202

Name of Sentencing Judicial Officer:  The Honorable Justin L. Quackenbush, Senior U.S. District Judge
Name of Supervising Judicial Officer:  The Honorable Mary K. Dimke, U.S. District Judge

Date of Original Sentence: September 21, 2006

| | | |
|---|---|---|
| Original Offense: | Conspiracy to Distribute 5 Kilograms or More of Cocaine, 21 U.S.C. § 841(a)(1), (b)(1)(A)(ii) | |
| Original Sentence: | Prison - 169 months<br>TSR - 60 months | Type of Supervision: Probation |
| Revocation Sentence (October 17, 2018) | Prison - 21 months<br>TSR - 180 months | |
| Asst. U.S. Attorney: | Annika Tangvald | Date Supervision Commenced: March 3, 2020 |
| Defense Attorney: | Andrea George | Date Supervision Expires: March 2, 2035 |

## PETITIONING THE COURT

To incorporate the new violation with a previous petition reported to the Court on September 10, 2025, and December 5, 2025.

On March 3, 2020, an officer with the U.S. Probation Office reviewed a copy of the conditions of supervision with Mr. Dickerson, as outlined in his judgment.  He signed a copy of the conditions acknowledging his understanding

The probation officer believes that the offender has violated the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 6 | **Mandatory Condition # 1**: You must not commit another federal, state or local crime. |

**Supporting Evidence**: On March 18, 2026, Mr. Dickerson was charged by indictment in the Eastern District of Washington under docket number 2:26CR00033-MKD-1. It is alleged that Jamar Dickerson is in violation of his conditions of supervised release for being charged with the following crimes:

Count 1: Distribution of Cocaine, in violation of 21 U.S.C. § 841 (a)(1)(b)(1)(C).

Prob12C

**Re: Dickerson, Jamar S**
**March 23, 2026**
**Page 2**

Count 2: Felon in Possession of Ammunition, in violation of 18 U.S.C. §§ 922 (g)(1), 924 (a)(8).

The U.S. Probation Office respectfully recommends the Court to incorporate the violation(s) contained in this petition in future proceedings with the violation(s) previously reported to the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on:    03/23/2026

s/Courtney Hambel

Courtney Hambel
U.S. Probation Officer

THE COURT ORDERS

[ ]    No Action
[ ]    The Issuance of a Warrant
[ ]    The Issuance of a Summons
[x ]    The incorporation of the violation(s) contained in this petition with the other violations pending before the Court.
[ ]    Defendant to appear before the Judge assigned to the case.
[x ]    Defendant to appear before the Magistrate Judge.
[ ]    Other

Signature of Judicial Officer

March 23, 2026

Date